1  SHARON C. COLLIER (State Bar No. 203450)
   scc@severson.com
2  NICHOLAS R. O'BRIEN-KOVARI (State Bar No. 291409)
   nro@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

Attorneys for Defendant BENNETT TRUCK TRANSPORT, LLC and RICHARD C. RAYBURN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW D. KING, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> BENNETT TRUCK TRANSPORT, LLC, ET AL., <br><br> Defendants. | Case No. 2:21-cv-01718-MCE-DMC <br><br> **ORDER MODIFYING PRETRIAL SCHEDULING DEADLINES** <br><br> The Hon. Morrison C. England, Jr. <br><br> Action Filed:   October 21, 2020 |

Having reviewed the parties' Joint Case Management Conference and [Proposed] Discovery Plan (ECF No. 9), which requests that certain modifications be made to the Court's Initial Pretrial Scheduling Order dated September 21, 2018 (ECF No. 6), and good cause appearing, the requested modifications are hereby adopted.  The following deadlines are now in place:

Exchange of Initial Disclosures:  February 18, 2022

Completion of Fact Discovery:  September 1, 2022

Expert Disclosure Deadline:  December 1, 2022

Disclosure of Supplemental Experts:  January 1, 2023

Deadline for Dispositive Motions to be Heard:  November 1, 2022

75020.0001/16016016.1

1  All other provisions contained within the Court's Initial Pretrial Scheduling Order remain in full
2  force and effect.
3      IT IS SO ORDERED.
4  Dated: January 21, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

75020.0001/16016016.1

2

JOINT CASE MANAGEMENT CONFERENCE AND DISCOVERY PLAN