**FREEMAN MATHIS & GARY, LLP**
SHARON C. COLLIER, State Bar No. 203450
sharon.collier@fmglaw.com
NICHOLAS R. O'BRIEN-KOVARI, State Bar No. 291409
nick.o'brien-kovari@fmglaw.com
1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597-7965
P: (925) 644-0918 | F: 833-335-7962

Attorneys for Defendant BENNETT TRUCK TRANSPORT, LLC and RICHARD C. RAYBURN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW D. KING, ET AL., | Case No. 2:21-CV-01718-MCE |
| Plaintiffs, | Hon. Morrison C. England |
| vs. | **ORDER OF DISMISSAL** |
| BENNETT TRUCK TRANSPORT, LLC, ET AL., | *Fed. Rule Civ. Proc. 41(a)* |
| Defendants. | |

Having reviewed and approved the Plaintiffs' and Defendants Richard C. Rayburn and Bennett Truck Transport Stipulation of Dismissal, as a condition of the foregoing parties' confidential mutual release agreement ("mutual release") referenced therein and as a pre-condition of the parties' Stipulation of Dismissal, the court is to retain jurisdiction over the settlement agreement and its enforcement.  The foregoing considered and finding good cause,

**IT IS HEREBY ORDERED** that the foregoing parties comply with the terms of the parties' settlement agreement.  Pursuant to this settlement agreement, the Stipulation of Dismissal, and pursuant to the court's own inherent powers, Fed. R. Civ. P. 41(a)(2), the court hereby retains jurisdiction to enforce the parties' mutual release.  Any breach of the mutual release would be a violation of this court's orders, and the court will continue to exercise and has ancillary jurisdiction to enforce the said mutual release.

Having now reserved and retained jurisdiction over the mutual release and its enforcement, the court subsequently grants the Stipulation of Dismissal of the complaint.  This Action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims as to Defendant Richard C. Rayburn and Defendant Bennett Truck Transport, LLC.   Each party shall bear its own attorney's fees, expenses and costs.

**IT IS SO ORDERED.**

DATED:  January 20, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE